AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ALEJANDRO MORALES-ORTIZ, on behalf of
himself, and other similarly situated employees,

*Plaintiff(s)*

v.   Civil Action No. 22 CV 2730

RM&M PIZZA CORP., doing business as
D'ANGELO'S PIZZERIA AND RESTAURANT,
and RIGOBERTO JIMENEZ, individually,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RM&M PIZZA CORP., doing business as
D'ANGELO'S PIZZERIA AND RESTAURANT
63-27 108th Street
Forest Hills, New York 11375

RIGOBERTO JIMENEZ
63-27 108th Street
Forest Hills, New York 11375

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
200 Park Avenue - 17th Floor
New York, New York 10166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



Brenna B. Mahoney
*CLERK OF COURT*

Date:  5/11/2022                                    /s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*